## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-cr-00060-MWF-5 |
| Aveits Hekimyan | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing is set for _March 26_____ , _2026_____ , at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _Stephanie S. Christensen, U.S. Magistrate Judge_____ , in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            *(Other custodial officer)*

Dated: _19 March 2026_____          _____
                                    U.S. District Judge/Magistrate Judge